UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

In re:

TIDWELL BROS. CONSTRUCTION INC.,

Case No.: 3:20-bk-00837-CJJ
Chapter 11

Debtor
_____/

**NOTICE OF FILING DOCUMENTS
FOR SMALL BUSINESS AS REQUIRED BY 11 USC § 1116(1)**

TIDWELL BROS. CONSTRUCTION INC., by and through its President Anthony J. Tidwell, as required by 11 U.S.C. § 1116(1), herein files the following documents:

1. Balance Sheet as of December 31, 2019;
2. Profit and Loss Statement (Statement of Operations and Cash Flow Statement) as of December 31, 2019;
3. U.S. Income Tax Return for an S Corporation for 2018.

I DECLARE UNDER penalty of perjury that the foregoing information is true and correct.

/s/*Anthony J. Tidwell*
By: Anthony J. Tidwell, President

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF Notice on March 10, 2020 to Office of the US Trustee.

FURR COHEN, P.A.
*Attorneys for Debtor*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By: /s/*Aaron A. Wernick*
    Aaron A. Wernick, Esq.
    Florida Bar No. 14059
    email: awernick@furrcohen.com

| | |
|---|---|
| 12:42 PM | **Tidwell Bros. Construction, Inc.** |
| 02/27/20 | **Balance Sheet** |
| Accrual Basis | **As of December 31, 2019** |

|  | Dec 31, 19 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Capital City | 4.55 |
|       Renasant | -21,449.98 |
|       1 · Tidwell Bros. Construction, Inc | 27.25 |
|     **Total Checking/Savings** | -21,418.18 |
|     **Accounts Receivable** | |
|       11000 · Accounts Receivable | 1,245,727.19 |
|     **Total Accounts Receivable** | 1,245,727.19 |
|     **Other Current Assets** | |
|       12000 · Undeposited Funds | 659,643.43 |
|       12600 · Construction in Progress | -3,520.00 |
|     **Total Other Current Assets** | 656,123.43 |
|   **Total Current Assets** | 1,880,432.44 |
|   **Fixed Assets** | |
|     17000 · Accumulated Depreciation | -3,450,227.91 |
|     25100 · Automobiles and Trucks | 513,248.88 |
|     26400 · Buildings | 209,660.00 |
|     26500 · Machinery and Equipment | 3,446,140.44 |
|     26600 · Land | 143,328.38 |
|     26900 · Computers | 1,513.68 |
|   **Total Fixed Assets** | 863,663.47 |
| **TOTAL ASSETS** | **2,744,095.91** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         24000 · Payroll Liabilities | -595,061.25 |
|         40100 · Accounts Payable | 185,002.65 |
|         40200 · Discover Card Payable | 6,682.91 |
|         40300 · American Express Card Payable | 138.54 |
|       **Total Other Current Liabilities** | -403,237.15 |
|     **Total Current Liabilities** | -403,237.15 |
|     **Long Term Liabilities** | |
|       50100 · N/P-2016 Track Mount Screen | 208,888.78 |
|       50200 · N/P-2015 Track Mount Screen | 172,930.97 |
|       50300 · N/P-Cat 966K Wheel Loader | 126,825.79 |
|       50400 · N/P-Ally Flnancial 17 Ram 3500 | 45,901.78 |
|       50500 · N/P-Ally Financial 17 Ram 2500 | 43,496.85 |
|       50600 · N/P-Cat Financial 3/19/14 | 1,230.06 |
|       50700 · N/P-Cat 924K Wheel Loader | 29,437.99 |
|       50800 · N/P-Crystal Motor Car | 4,151.97 |
|       50900 · N/P-CCG (2) Stackers | 528,534.00 |
|       51500 · Mortgage Payable-Shop | 117,772.83 |
|       51600 · N/P - BBVA Compass-'18 Ram 2500 | 31,408.47 |
|       51700 · N/P - CCB 2018 Ram 2500 (Tony) | 45,073.26 |
|       51800 · N/P - CCB 2007 Mack Truck | 73,126.20 |
|       51900 · N/P Centennial Ql441 Crusher | 328,234.22 |
|       52000 · N/P - GM Financial | 39,070.58 |
|       52100 · N/P - SCFCU Work Truck | 10,103.61 |
|     **Total Long Term Liabilities** | 1,806,187.36 |
|   **Total Liabilities** | 1,402,950.21 |

| | |
|---|---|
| **12:42 PM** | **Tidwell Bros. Construction, Inc.** |
| **02/27/20** | **Balance Sheet** |
| **Accrual Basis** | **As of December 31, 2019** |

|  | Dec 31, 19 |
|---|---:|
| **Equity** | |
|    55600 · **Capital Stock** | 1,000.00 |
|    55700 · **Paid in Capital** | 440,564.46 |
|    55800 · **Retained Earnings** | -654,472.88 |
|    **Net Income** | 1,554,054.12 |
| **Total Equity** | 1,341,145.70 |
| **TOTAL LIABILITIES & EQUITY** | **2,744,095.91** |

10:06 AM
03/10/20
Accrual Basis

# Tidwell Bros. Construction, Inc.
# Profit & Loss
## January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 002018 · Sales Tax on Material | -4,097.25 |
| 60100 · Construction Income | 4,135,268.84 |
| **Total Income** | 4,131,171.59 |
| **Cost of Goods Sold** | |
| 70100 · Blueprints and Reproduction | 1,785.77 |
| 70300 · Construction Materials Costs | 422,933.39 |
| 70400 · Equipment Rental for Jobs | 417,634.28 |
| 70500 · Other Construction Costs | 288,911.48 |
| 70600 · Subcontractors Expense | 28,799.24 |
| 70700 · Tools and Small Equipment | 484.55 |
| **Total COGS** | 1,160,548.71 |
| **Gross Profit** | 2,970,622.88 |
| **Expense** | |
| Safety Testing | 467.34 |
| Safety/PPE | 191.00 |
| Testing | 3,461.00 |
| Trucking (Hired) | 42,011.43 |
| Vehicle Payments | 38,761.71 |
| Vehicle Tags | 272.30 |
| 85200 · Auto and Truck Expenses | 24,660.26 |
| 86000 · Bank Service Charges | 23,760.53 |
| 86800 · Gas and Oil | 150,172.42 |
| 88400 · Advertising and Promotion | 2,378.10 |
| 88700 · Payroll Expenses | 856,026.07 |
| 90400 · Insurance Expense | 86,361.84 |
| 91000 · Business Licenses and Permits | 50.00 |
| 91800 · Office Supplies | 1,565.30 |
| 92000 · Rent Expense | 62,902.82 |
| 93000 · Repairs and Maintenance | 95,485.95 |
| 94500 · Utilities | 16,995.24 |
| 99900 · Uncategorized Expenses | 11,045.45 |
| **Total Expense** | 1,416,568.76 |
| **Net Ordinary Income** | 1,554,054.12 |
| **Net Income** | **1,554,054.12** |