UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

In re:

TIDWELL BROS. CONSTRUCTION INC.,

Case No.: 3:20-bk-00837-CJJ
Chapter 11

    Debtor
_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **March 6, 2020 at 1:30 p.m.** in the **United States Courthouse, 300 North Hogan St., 4th Floor, Courtroom 4C** to consider and act upon the following and transact such other business that may come before the court:

**Debtor's Emergency Motion for Authority to Pay Affiliate Officers' Salaries [Doc. No. 17]**

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: March 10, 2020

FURR COHEN, P.A.
*Attorneys for the Debtors*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By: /s/ *Aaron A. Wernick*
    Aaron A. Wernick, Esq.
    Florida Bar No. 14059
    Email: awernick@furrcohen.com

## **PROOF OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee parties via the CM/ECF system, electronic transmission, on the 10th day of March 2020 in accordance with the Federal Rules of Bankruptcy Procedure.

                                                    */s/Aaron A. Wernick*
                                                    Aaron A. Wernick, Esq.
                                                    FL Bar #14059