UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flmb.uscourts.gov

In re:

TIDWELL BROS. CONSTRUCTION INC.,

Case No.: 3:20-bk-00837-CJJ
Chapter 11

    Debtor
_____/

**PROOF OF SERVICE**

I hereby certify that a true copy of the following document was served to the parties listed below, and in the manner indicated on March 25, 2020.

*Ex Parte Order Granting Ex Parte Motion to Extend Time to file Schedules and Statement of Financial Affairs* **[Doc. No. 51]**.

    Furr Cohen, P.A.
    *Attorneys for Debtor*
    2255 Glades Road, Suite 301E
    Boca Raton, FL 33431
    (561) 395-0500(561) 338-7532-fax

    BY: /s/ Aaron A. Wernick
        Aaron A. Wernick, Esq.
        Florida Bar No.: 14059
        E-Mail:awernick@furrcohen.com

Dated: March 27, 2020

Served Via US Mail

All creditors and parties on the attached official court matrix, except those receiving CM/ECF notice.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:20-bk-00837-CJJ<br>Middle District of Florida<br>Jacksonville<br>Tue Mar 24 18:03:29 EDT 2020 | Capital City Bank<br>2111 North Monroe Street<br>Tallahassee, FL 32303-4729 | Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St.<br>Suite 2400<br>Tampa, FL 33602-5236 |
| (p)COMMERCIAL CREDIT GROUP INC<br>ATTN CCG<br>227 WEST TRADE STREET<br>STE 1450<br>CHARLOTTE NC 28202-2664 | De Lage Landen Financial Services, Inc.<br>c/o Richard B. Storfer<br>Rice Pugatch<br>101 NE Third Avenue<br>Suite 1800<br>Fort Lauderdale, FL 33301-1252 | Duke Energy Business Services LLC<br>c/o Harris J. Koroglu<br>Shutts & Bowen LLP<br>200 S Biscayne Bvld<br>#4100<br>Miami, FL 33131-2362 |
| Duke Energy Progress, LLC<br>c/o Harris J. Koroglu<br>Shutts & Bowen LLP<br>200 S Biscayne Blvd<br>#4100<br>Miami, FL 33131-2362 | Cynthia C. Jackson<br>Jacksonville<br>, FL | Linder Industrial Machinery Company<br>1601 S. Frontage Road<br>Plant City, FL 33563-2004 |
| Renasant Bank<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings, LLP<br>100 North Tampa Street, Ste. 2200<br>Tampa, FL 33602-5809 | Tidwell Bros. Construction Inc.<br>4075 S Tedna Terrace<br>Homosassa, FL 34446-1513 | Ashley Tidwell<br>4075 S. Tedna Terrace<br>Homosassa, FL 34446-1513 |
| BBVA Compass<br>Attn:  Bankruptcy Dept.<br>P.O. Box 10184<br>Birmingham, AL 35202-0184 | CT Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Capital City Bank<br>101 South East<br>US-19<br>Boca Raton, FL 33429 |
| Capital City Bank<br>PO Box 900<br>Tallahassee, FL 32302-0900 | Capital City Bank<br>c/o James M. Donohue<br>Ausley McMullen<br>123 South Calhoun Street<br>Tallahassee, FL 32301-1517 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Caterpillar Financial<br>ATTN: Stacie Bradley<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Centennial Bank<br>PO Box 906<br>Conway, AR 72033-0906 | Centennial Bank<br>Spring Hill Branch<br>4301 Barclay Ave<br>Spring Hill, FL 34609-0779 |
| Centennial Bank<br>c/o Ullman & Ullman, P.A.<br>7700 Camino Real, Suite 401<br>Boca Raton, Florida 33433-5543 | Citrus County Tax Collector<br>210 N. Apopka Ave Ste 100<br>Inverness FL 34450-4298 | Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703-4261 |
| Creditor, Linder Industrial Machinery Compan<br>c/o Eduardo F. Morrell, Esquire<br>Morrell, P.A., a Member of McIntyre Than<br>Lakeland, Florida   33806-2786 | Dennis T Symbal<br>dba Trio Hair Design<br>10096 Southern Breeze Ct<br>Brooksville, FL 34613-6522 | Duke Energy Business Services LLC<br>Duke Energy Progress, LLC<br>c/o Harris J. Koroglu, Esq.<br>Shutts & Bowen LLP<br>200 S Biscayne Blvd #4100<br>Miami, FL 33131-2362 |
| Ferguson Enterprises Inc.<br>Attn: Credit Dept 813-989-87<br>7816 Professional Place<br>Tampa, FL 33637-6744 | Florida Department of Revenu<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Jared W. Ullman, Esq.<br>Ullman & Ullman PA<br>7700 West Camino Rea, St 4<br>Boca Raton, FL 33433-5576 | Jon I. Mcgraw, Esq.<br>Schatt Hesser McGraw<br>326 NE 1st Avenue, Ste 100<br>Ocala, FL 34470 |
| Lease Direct<br>aka De Lage Landen Fin. Svcs<br>Attn: Alan I Cohen<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 | Linder Industrial Machinery<br>23 W. Taft Vineland Road<br>Orlando, FL 32824 | Linder Industrial Machinery Company<br>c/o Eduardo F Morrell, Esq<br>425 S Florida Ave., Ste 101<br>Post Office Box 2786<br>Lakeland, FL 33806-2786 |
| Renasant Bank<br>1409 East Silver Springs Blv<br>Ocala, FL 34470-6819 | Renasant Bank<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings, LLP<br>100 North Tampa Street, Suite 2200<br>Tampa, Florida 33602-5809 | Rice Pugatch Robinson<br>Attn:  Ruchard Storfer, Esq.<br>101 NE Third Avenue, #1800<br>Fort Lauderdale, FL 33301-1252 |
| Ringpower<br>C/O Kevin Robbins, Ex. VP<br>500 World Commerce Pky<br>St. Augustine, FL 32092-3788 | Robert Busacca Services LLC<br>6763 Mason Creek Road<br>Homosassa, FL 34448-4932 | Sandland of Florida<br>5920 N. Florida Avenue<br>Hernando, FL 34442-3504 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Whetstone Oil Co.<br>1017 SE 9th Circle<br>Crystal River, FL 34429 | Whittel & Melton LLC<br>Attn:  Dorothy K. Hufnagel<br>11020 Northcliffe Blvd.<br>Spring Hill, FL 34608-3768 | Edwin G Rice +<br>Bradley Arant Boult Cummings LLP<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 |
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Eduardo F Morrell +<br>Morell, P.A.<br>425 South Florida Avenue, Suite 101<br>Lakeland, FL 33801-5217 | James M Donohue +<br>Ausley & McMullen<br>Post Office Box 391<br>Tallahassee, FL 32302-0391 |
| Richard J McIntyre +<br>McIntyre Thanasides Bringgold, et. al.<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602-4936 | Richard B Storfer +<br>Rice Pagatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Ste. 1800<br>Fort Lauderdale, FL 33301-1252 | Niall T McLachlan +<br>Commercial Credit Group Inc.<br>227 West Trade Street, Suite 1450<br>Charlotte, NC 28202-2664 |
| Harris J Koroglu +<br>Shutts & Bowen LLP<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131-2362 | Blake J Delaney +<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | Aaron A Wernick +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 |
| Scott E Bomkamp +<br>United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Jared A Ullman +<br>Ullman & Ullman, P.A.<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432-4829 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Commercial Credit Group Inc.
227 W. Trade Street, Ste. 1450
Charlotte, NC 28202

(d)Commercial Credit Group INc
C/o Niall McLachlan, Esq.
227 W. Trade Street
Suite 1450
Charlotte, NC 28202

(d)Commercial Credit Group Inc
ATTN: Rob Hart
PO Box 60121
Charlotte, NC 28260-0120

(d)Commercial Credit Group Inc.
227 West Trade St
Suite 1450
Charlotte, NC 28202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank

(d)Caterpillar Financial Services Corporation
c/o Blake J. Delaney, Esq.
Buchanan Ingersoll & Rooney PC
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

(d)Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

(d)Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    59
Bypassed recipients     4
Total                  63