**[31504]** [Notice of Rescheduled Meeting of Creditors]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:    Case No. 3:20−bk−00837−CJJ
          Chapter 11

Tidwell Bros. Construction Inc.
fka Tidwell Bros. Paving, Inc.

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

The meeting of creditors in this case pursuant to Section 341(a) of the Bankruptcy Code is hereby rescheduled to be held April 29, 2020, at 1:00 p.m.. **The meeting will be held telephonically. Trustee: United States Trustee. Call in Number: 866-718-3566. Passcode: 2721444.** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.

All other terms and conditions of the original notice for the meeting of creditors remain unchanged.

Dated April 10, 2020.

FOR THE COURT
Sheryl L. Loesch Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

Copies furnished to:
All Interested Parties